1  Aravind Swaminathan
   Orrick, Herrington & Sutcliffe LLP
   701 Fifth Avenue, Suite 5600
2  Seattle, WA 98104-7907
   Telephone: +1 206 839 4300
3  Facsimile: +1 206 839 4301
   aswaminathan@orrick.com

4  *Attorneys for Defendant*

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF WASHINGTON

8  GLEN MORGAN, individually and
   on behalf of all others similarly
   situated,

9           Plaintiff,                    Case No. 2:22-cv-00122 MKD

10     v.                                 MOTION FOR ADMISSION
                                          PRO HAC VICE
11 TWITTER, INC.,

            Defendant.

12

13

14

15

16

17

18

19

20

21

22 MOTION FOR ADMISSION
   PRO HAC VICE
   2:22-cv-00122 MKD

Pursuant to Local Rule 83.2(c) of the United States District Court for the Eastern District of Washington, Thomas K. Fu hereby applies for permission to appear and participate as counsel in the above-captioned action on behalf of Defendant Twitter, Inc.

## Pro Hac Vice Attorney Certification

I have read an understand the requirements of Local Rule 83.2, and I certify that the following information is correct:

1. My contact information is as follows:

Thomas K. Fu
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St. #3200
Los Angeles, CA 90017[1]
(213) 629-2020

2. I have been admitted to practice before the following federal and state courts:

State: Maryland (admitted June 2017); District of Columbia (admitted July 2018); California (admitted March 2019).

Federal: U.S. Court of Appeals for the Second Circuit (March 2018), U.S. Court of Appeals for the Ninth Circuit (June 2017), U.S. Court of Appeals for the Federal Circuit (March 2018); U.S. District Court for the Northern District of

---

[1] On August 29, this address will change to:
355 S. Grand Avenue
Suite 2700
Los Angeles, CA 90071

MOTION TO ADMISSION
PRO HAC VICE
2:22-cv-00122 MKD

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

California (January 2021); U.S. District Court for the Southern District of California (November 2020); U.S. District Court for the District of the District of Columbia (admitted December 2019).

3. I will be associating with the following admitted counsel who are licensed to practice in Washington, admitted to the Eastern District of Washington, and whose firm has offices in Seattle, Washington:

> Aravind Swaminathan
> Orrick, Herrington & Sutcliffe LLP
> 701 Fifth Avenue, Suite 5600
> Seattle, WA 98104-7907

4. My appearance and participation in this case is reasonably necessary because I have served as counsel for Defendant Twitter in related litigation, involving nearly identical claims and allegations, and so my expertise from that other litigation will lead to efficiency gains in this litigation.

5. I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency.

MOTION TO ADMISSION
PRO HAC VICE
2:22-cv-00122 MKD

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

| | | |
|---|---|---|
| Dated: | August 23, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By: *s/Thomas K. Fu*
Thomas K. Fu
tfu@orrick.com

Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St. #3200
Los Angeles, CA 90017
(213) 629-2020

Required payment of $200.00 was paid when filing this motion.

MOTION TO ADMISSION
PRO HAC VICE
2:22-cv-00122 MKD

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300