# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLEN MORGAN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>   -vs-<br>TWITTER, INC.,<br><br>                                    Defendant. | Case No.     2:22-CV-00122-MKD<br><br>CIVIL MINUTES<br><br>DATE:     NOVEMBER 15, 2023<br>LOCATION:  RICHLAND<br><br>MOTION HEARING |

| | | |
|---|---|---|
| | **Honorable Mary K. Dimke** | |
| Cora Vargas | 03 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Joel B. Ard<br>David Knox DeWolf | | Thomas King-Sun Fu via video<br>Aravind Swaminathan via video |
| **Plaintiff's Counsel** | | **Defendant's Counsel** |

[X] Open Court          [ ] Chambers          [X] Video conference

Plaintiff's Motion to Remand First Amended Complaint, ECF No. 64
- Argument in support of motion by Mr. Ard
- Argument in opposition by Mr. Fu
- Rebuttal argument by Mr. Ard

**Court**: Plaintiff's Motion to Remand First Amended Complaint, ECF No. 64, is **TAKEN UNDER ADVISEMENT**.

Plaintiff's Motion to Certify Questions to the Washington Supreme Court, ECF No. 67
- Argument in support of motion by Mr. DeWolf
- Argument in opposition by Mr. Fu
- Rebuttal argument by Mr. DeWolf

**Court**: Plaintiff's Motion to Certify Questions to the Washington Supreme Court, ECF No. 67, is **TAKEN UNDER ADVISEMENT**.

Defendant's Motion to Dismiss, ECF No. 43
- Argument in support of motion by Mr. Fu
- Argument in opposition by Mr. Ard
- Rebuttal argument by Mr. Fu

**Court**: Defendant's Motion to Dismiss, ECF No. 43, is **TAKEN UNDER ADVISEMENT**.

## [X]  ORDER FORTHCOMING

| **CONVENED: 1:35 P.M.** | **ADJOURNED: 2:33 P.M.** | **TIME: :58 HR.** | **CALENDARED [ ]** |
|---|---|---|---|