AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 22, 2023**

SEAN F. McAVOY, CLERK

GLEN MORGAN, individually and on behalf of all others similarly situated,

*Plaintiff*

v.

TWITTER, INC.

*Defendant*

Civil Action No. 2:22-CV-00122-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Remand the First Amended Complaint, ECF No. 64, is DENIED; Plaintiff's Motion to Certify, ECF No. 67, is DENIED; and Defendant's Motion to Dismiss, ECF No. 43, is GRANTED.  All claims in Plaintiff's First Amended Complaint are DISMISSED WITH PREJUDICE and judgment is hereby entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a motion for remand, a motion to certify, and a motion to dismiss.

Date: November 22, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas