UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GLEN MORGAN, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

TWITTER, INC.,

    Defendant - Appellee.

No. 23-3764

D.C. No. 2:22-cv-00122-MKD

Eastern District of Washington, Spokane

MANDATE

The judgment of this Court, entered April 30, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT